

# IN THE
# TENTH COURT OF APPEALS

---

### No. 10-22-00013-CV

## IN THE INTEREST OF C.G. AND R.G., CHILDREN

---

**From the 87th District Court
Freestone County, Texas
Trial Court No. CV18346**

---

## MEMORANDUM OPINION

---

Appellant, Michelle Gilliard, filed her pro se notice of appeal on January 21, 2022. The Clerk's Record and the Reporter's Record were filed on March 2, 2022, and March 31, 2022, respectively. Pursuant to Texas Rule of Appellate Procedure 38.6(a), appellant's brief was due on May 2, 2022. *See* TEX. R. APP. P. 38.6(a); *see also id.* at R. 4.1(a).

In a letter dated May 4, 2022, the Clerk of this Court notified appellant that no brief had been filed and that the Court may dismiss this appeal for want of prosecution unless, within twenty-one days of the date of the letter, she or any party desiring to continue the appeal filed with this Court a response showing grounds for continuing the appeal. No response was filed. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3(c).

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal dismissed
Opinion delivered and filed June 22, 2022
[CV06]

